IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Purley, Don C | Case Number: 05 B 22790 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 6/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 9, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 59,384.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 52,675.39 |
| Priority: | | 195.87 |
| Administrative: | | 1,250.00 |
| Trustee Fee: | | 3,118.74 |
| Other Funds: | | 2,144.00 |
| Totals: | 59,384.00 | 59,384.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,250.00 | 1,250.00 |
| 2. | Illinois Dept of Revenue | Priority | 195.87 | 195.87 |
| 3. | Illinois Student Assistance Commission | Unsecured | 5,989.68 | 8,728.87 |
| 4. | CitiFinancial Mortgage | Unsecured | 16,948.16 | 24,698.82 |
| 5. | MD Service Co | Unsecured | 594.00 | 865.57 |
| 6. | Resurgent Capital Services | Unsecured | 659.11 | 960.45 |
| 7. | Illinois Student Assistance Commission | Unsecured | 2,796.07 | 4,074.78 |
| 8. | Ford Motor Credit Corporation | Unsecured | 2,405.95 | 3,506.27 |
| 9. | S & S Lending | Unsecured | 391.62 | 570.71 |
| 10. | Capital One | Unsecured | 2,081.36 | 3,033.20 |
| 11. | Capital One | Unsecured | 361.70 | 527.12 |
| 12. | Illinois Student Assistance Commission | Unsecured | 12,510.16 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 3,577.17 | 5,213.07 |
| 14. | Internal Revenue Service | Unsecured | 324.52 | 472.92 |
| 15. | Timothy K Liou | Unsecured | 2,222.62 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 16.20 | 23.61 |
| 17. | Bankcard Services | Unsecured | | No Claim Filed |
| 18. | CFMC/AHES | Unsecured | | No Claim Filed |
| 19. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 20. | Collection Company Of America | Unsecured | | No Claim Filed |
| 21. | ER Solutions | Unsecured | | No Claim Filed |
| 22. | Wake Knight Associates | Unsecured | | No Claim Filed |
| 23. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 24. | Household Bank FSB | Unsecured | | No Claim Filed |
| 25. | Prentice Hall Inc | Unsecured | | No Claim Filed |
| | | | $ 52,324.19 | $ 54,121.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Purley, Don C

Printed: 10/29/08

Case Number:  05 B 22790
Judge:  Wedoff, Eugene R
Filed:  6/8/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 882.46 |
| 5% | 258.18 |
| 4.8% | 456.46 |
| 5.4% | 992.96 |
| 6.5% | 528.68 |
|  | $ 3,118.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

